```
       IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**DANILO ANTONIO ARTHUR,** :

    **Petitioner,** :

**vs.** : **CIVIL ACTION 06-00567-WS-B**

**DAVID O. STREIFF,** *et al.,* :

    **Respondents.** :

                                                              :

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

DONE this 10th day of April, 2007.

                                                               s/WILLIAM H. STEELE
                                                               UNITED STATES DISTRICT JUDGE