```
       IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**DANILO ANTONIO ARTHUR,**          :

    **Petitioner,**               :

**vs.**                              :   **CIVIL ACTION 06-00567-WS-B**

**DAVID O. STREIFF,** *et al.,*      :

    **Respondents.**              :

                              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby dismissed as moot.

DONE this 10th day of April, 2007.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE